JS - 6
**FILED: 6/17/11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Steve Mullen,** | **CASE NO. CV 11-1374-GHK** |
|       **Plaintiff,** | |
|       v. | **JUDGMENT** |
| **United States of America,** | |
|       **Defendant.** | |

Based on our June 17, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiff Steve Mullen ("Plaintiff") against Defendants United States of America, Dale S. Fischer (erroneously sued in her individual capacity), Carla A. Ford (erroneously sued in her individual capacity), and Sara S. Robinson (erroneously sued in her individual capacity) are **DISMISSED**. Plaintiff shall take nothing by this action.

**IT IS SO ORDERED**.

DATED: June 17, 2011

                                                                       _____
                                                                          GEORGE H. KING
                                                               United States District Judge